IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

RECEIVED
USDC, CLERK, CHARLESTON, SC

2008 JUN -5  A 11: 04

| | |
|---|---|
| Edward B. Bennett, ) | C.A. No. 2:08-0077-GRA-RSC |
| ) | |
| Plaintiff, ) | |
| ) | |
| -versus- ) | **REPORT AND RECOMMENDATION** |
| ) | |
| Sheriff Al J. Cannon, Jr.; ) | |
| Dr. NFN Peinning; ) | |
| Prison Health Services; ) | |
| Aramark Food Services; ) | |
| Nurses on Duty; ) | |
| Officers on Duty; and ) | |
| Charleston County GS and CP ) | |
| Judge R. Markley Dennis, ) | |
| ) | |
| Defendants. ) | |

This civil rights complaint brought by a prisoner proceeding pro se and in forma pauperis is before the court for a report and recommendation on the plaintiff's motion to dismiss defendant Aramark Food Services[1] from the action. 28 U.S.C. §636(b).

On May 6, 2008, the plaintiff filed a "notice to relieve" the above named party, Aramark Food Services "of all charges as they made efforts sufficient to warrant relief." Plaintiff indicated that he is satisfied now that Aramark Food Services did nothing to violate his constitutional rights and is therefore not liable to him. The defendant has not opposed the motion.

---

[1] "Aramark Food Services" is incorrectly identified in the Complaint. The proper designation is Aramark Correctional Services, LLC.

Accordingly, for the aforementioned reasons and for good cause shown it is recommended that the plaintiff's motion to dismiss defendant Aramark Food Services from the action should be granted.

Respectfully submitted,

Robert S. Carr
United States Magistrate Judge

Charleston, South Carolina

June 5, 2008

2